1  ANDREW W. STROUD (SBN 126475)
   KELCIE M. GOSLING (SBN 142225)
2  STEPHEN LAU (SBN 221051)
   MENNEMEIER, GLASSMAN & STROUD LLP
3  980 9th Street, Suite 1700
   Sacramento, CA 95814
4  Telephone: 916-553-4000
   Facsimile: 916-553-4011
5
   Attorneys for Defendants American Grants & Affordable Housing
6  Institute, LLC, Best News Marketing, LLC, Coast-To-Coast
   Marketing, LLC, John T. Polk, Patrick Farah, William Pappas,
7  Kaleb Forrest, Rene Gonzalez, Michelle Harmon, Lewis Curry,
   Tiffany Barnes, Scott Voelkel, Steve Wyman, Steve Wollaston,
8  Gus Fernandez, Donald Harkema, Nancy Devaughn, Jack
   Marlando, Dawn Lane, Bruce West, Jr. and Francis Lee Lauraine
9

10                    UNITED STATES DISTRICT COURT

11                   EASTERN DISTRICT OF CALIFORNIA

12  PROVEN METHODS SEMINARS, LLC,  )   Case No.  2:07-CV-01588 WBS-EFB
    et al.,                        )
13                                 )   STIPULATION OF THE PARTIES TO
                    Plaintiffs,    )   EXTEND THE TIME IN WHICH TO
14                                 )   ANSWER THE FIRST AMENDED
    v.                             )   COMPLAINT AND [~~PROPOSED~~]
15                                 )   ORDER THEREON
    AMERICAN GRANTS & AFFORDABLE   )
16  HOUSING INSTITUTE, LLC, et al.,)
                                   )
17                  Defendants.    )
    _____)
18

19          Plaintiffs Proven Methods Seminars, LLC and Proven Methods Customer Service, LLC

20  ("Plaintiffs") and defendants American Grants & Affordable Housing Institute, LLC, Best News

21  Realty, LLC, Best News Marketing, LLC, Coast-To-Coast Marketing, LLC, John T. Polk, Patrick

22  Farah, William Pappas, Kaleb Forrest, Rene Gonzalez, Michelle Harmon, Lewis Curry, Tiffany

23  Barnes, Scott Voelkel, Steve Wyman, Steve Wollaston, Gus Fernandez, Donald Harkema, Nancy

24  Devaughn, Jack Marlando, Dawn Lane, Bruce West, Jr. and Francis Lee Lauraine ("Defendants"),

25  (collectively, the "Parties"), by and through their respective counsel of record, stipulate and agree as

26  follows:

27          WHEREAS, Plaintiffs filed a First Amended Complaint for Copyright Infringement,

28  Federal Trademark Infringement, Unfair Competition/False Advertising, Unfair Competition/

1  Likelihood of Confusion, Intentional Interference with Contractual Relations, Intentional Interference

2  with Prospective Economic Advantage, Conversion, Theft of Trade Secrets, Unfair Competition,

3  Breach of Contract, Conspiracy and Aiding and Abetting and Injunctive Relief (the "Complaint") on

4  September 12, 2007, adding an additional defendant, Francis Lee Lauraine.

5  WHEREAS, on September 25, 2007, the Parties stipulated to an initial extension of less

6  than thirty days for Defendants to respond to the First Amended Complaint, thereby extending

7  Defendants Answer until October 22, 2007.

8  WHEREAS, as the Parties are now engaged in discussions regarding possible resolution

9  of the within matter, the Parties wish to extend the time in which Defendants must respond to the First

10  Amended Complaint by one week.

11  NOW, THEREFORE, the Parties do hereby stipulate and agree that the time for all

12  Defendants to respond to the First Amended Complaint filed in this matter is hereby extended by one

13  week from Monday, October 22, 2007, until Monday, October 29, 2007.

14  IT IS SO STIPULATED.

15  Date:  October 23, 2007        MENNEMEIER, GLASSMAN & STROUD LLP

16

17  _/s/ ANDREW W. STROUD_____
      Andrew W. Stroud

18  Attorney for Defendants American Grants & Affordable Housing
    Institute, LLC, Best News Marketing, LLC, Coast-To-Coast
    Marketing, LLC, John T. Polk, Patrick Farah, William Pappas,

19  Kaleb Forrest, Rene Gonzalez, Michelle Harmon, Lewis Curry,
    Tiffany Barnes, Scott Voelkel, Steve Wyman, Steve Wollaston,

20  Gus Fernandez, Donald Harkema, Nancy Devaughn, Jack
    Marlando, Dawn Lane, Bruce West, Jr. and Francis Lee Lauraine

21

22  Date:  October 23, 2007        RUSS, AUGUST & KABAT
                                   LARRY C. RUSS
                                   ERIC B. CARLSON

23                                 ROBERT E. SATTERTHWAITE

24                                 BANKS & WATSON
                                   JAMES J. BANKS

25

26  _/s/ ROBERT E. SATTERTHWAITE_____
                                   Robert E. Satterthwaite

27  Attorney for Plaintiffs Proven Methods Seminars, LLC and
    Proven Methods Customer Service, LLC, doing business together

28  as National Grants Conferences

STIPULATION OF THE PARTIES TO EXTEND THE TIME IN WHICH
TO ANSWER THE FIRST AMENDED COMPLAINT AND ORDER THEREON

**ORDER**

      IT IS SO ORDERED.

Dated: October 23, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION OF THE PARTIES TO EXTEND THE TIME IN WHICH
TO ANSWER THE FIRST AMENDED COMPLAINT AND ORDER THEREON