ANDREW W. STROUD (SBN 126475)
KELCIE M. GOSLING (SBN 142225)
STEPHEN LAU (SBN 221051)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: 916-553-4000
Facsimile: 916-553-4011

Attorneys for Defendants American Grants & Affordable Housing Institute, LLC, Best News Marketing, LLC, Coast-To-Coast Marketing, LLC, John T. Polk, Patrick Farah, William Pappas, Kaleb Forrest, Rene Gonzalez, Michelle Harmon, Lewis Curry, Tiffany Barnes, Scott Voelkel, Steve Wyman, Steve Wollaston, Gus Fernandez, Donald Harkema, Nancy Devaughn, Jack Marlando, Dawn Lane, Bruce West, Jr. and Francis Lee Lauraine

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROVEN METHODS SEMINARS, LLC, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>AMERICAN GRANTS & AFFORDABLE HOUSING INSTITUTE, LLC, et al.,<br><br>   Defendants. | Case No.  2:07-CV-01588 WBS-EFB<br><br>**STIPULATION OF THE PARTIES TO EXTEND THE TIME IN WHICH TO ANSWER THE FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER THEREON** |

Plaintiffs Proven Methods Seminars, LLC and Proven Methods Customer Service, LLC ("Plaintiffs") and defendants American Grants & Affordable Housing Institute, LLC, Best News Realty, LLC, Best News Marketing, LLC, Coast-To-Coast Marketing, LLC, John T. Polk, Patrick Farah, William Pappas, Kaleb Forrest, Rene Gonzalez, Michelle Harmon, Lewis Curry, Tiffany Barnes, Scott Voelkel, Steve Wyman, Steve Wollaston, Gus Fernandez, Donald Harkema, Nancy Devaughn, Jack Marlando, Dawn Lane, Bruce West, Jr. and Francis Lee Lauraine ("Defendants"), (collectively, the "Parties"), by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, Plaintiffs filed a First Amended Complaint for Copyright Infringement, Federal Trademark Infringement, Unfair Competition/False Advertising, Unfair Competition/

1 Likelihood of Confusion, Intentional Interference with Contractual Relations, Intentional Interference
2 with Prospective Economic Advantage, Conversion, Theft of Trade Secrets, Unfair Competition,
3 Breach of Contract, Conspiracy and Aiding and Abetting and Injunctive Relief (the "Complaint") on
4 September 12, 2007, adding an additional defendant, Francis Lee Lauraine.

5     WHEREAS, on September 25, 2007, the Parties stipulated to an initial extension of less
6 than thirty days for Defendants to respond to the First Amended Complaint, thereby extending
7 Defendants Answer until October 22, 2007.

8     WHEREAS, the Parties, now in settlement discussions, stipulated to an extension of
9 one week for Defendants to respond to the First Amended Complaint, from October 22, 2007 until
10 October 29, 2007, having been approved by Order of this Court on October 24, 2007;

11     WHEREAS, the Parties, engaged in continuing settlement discussions, wish to further
12 extend the time in which Defendants must respond to the First Amended Complaint by one additional
13 week.

14     NOW, THEREFORE, the Parties do hereby stipulate and agree that the time for all
15 Defendants to respond to the First Amended Complaint filed in this matter is hereby extended by one
16 week from Monday, October 29, 2007, until Monday, November 5, 2007.

17     IT IS SO STIPULATED.

18

19 Date: October 31, 2007        MENNEMEIER, GLASSMAN & STROUD LLP

20
        /s/ ANDREW W. STROUD
21         Andrew W. Stroud
        Attorney for Defendants American Grants & Affordable Housing
22         Institute, LLC, Best News Marketing, LLC, Coast-To-Coast
        Marketing, LLC, John T. Polk, Patrick Farah, William Pappas,
23         Kaleb Forrest, Rene Gonzalez, Michelle Harmon, Lewis Curry,
        Tiffany Barnes, Scott Voelkel, Steve Wyman, Steve Wollaston,
24         Gus Fernandez, Donald Harkema, Nancy Devaughn, Jack
        Marlando, Dawn Lane, Bruce West, Jr. and Francis Lee Lauraine
25

26 / / /

27 / / /

28 / / /

Date: October 31, 2007   RUSS, AUGUST & KABAT
LARRY C. RUSS
ERIC B. CARLSON
ROBERT E. SATTERTHWAITE

BANKS & WATSON
JAMES J. BANKS


 /s/ ROBERT E. SATTERTHWAITE
Robert E. Satterthwaite
Attorney for Plaintiffs Proven Methods Seminars, LLC and
Proven Methods Customer Service, LLC, doing business together
as National Grants Conferences

**ORDER**

IT IS SO ORDERED.

Dated: October 30, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE