UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROVEN METHODS SEMINARS, LLC, PROVEN METHODS CUSTOMER SERVICE, LLC, doing business together as NATIONAL GRANTS CONFERENCES,<br><br>    Plaintiffs<br><br>v.<br><br>AMERICAN GRANTS & AFFORDABLE HOUSING INSTITUTE, LLC, BEST NEWS REALTY, LLC, BEST NEWS MARKETING, LLC AND COAST-TO-COAST MEDIA, LLC,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.  2:07-CV-01588 WBS-EFB<br><br>[**PROPOSED**] STIPULATED ORDER APPROVING USE OF MATERIALS |

On January 22, 2008, Defendants' request for an Order approving the use of materials in compliance with the Stipulation and Order to Modify the Court's September 18, 2007 Order Re: Preliminary Injunction came on for hearing before the Court. Andrew W. Stroud appeared on behalf of Defendants and Robert E. Satterthwaite appeared behalf of Plaintiffs. After reviewing the materials presented, the Notice of Non-Opposition filed by Plaintiffs, and based upon the stipulation of counsel on the record before the Court,

///

1 | IT IS HEREBY ORDERED as follows:

2 |     1.    The Training Workbook attached as Exhibit 2 to Defendants' Request for Approval filed January 11, 2008, is hereby approved for use as submitted.

    2.    The parties will meet and confer about an appropriate procedure for obtaining approval for any future modifications, changes or alterations to the Training Workbook as submitted.

**IT IS SO STIPULATED.**

Dated: January 23, 2008        MENNEMEIER, GLASSMAN & STROUD LLP
Andrew W. Stroud
Kelcie M. Gosling
Stephen Lau


By: \_\_\_\_/S/\_Andrew W. Stroud_____
        Andrew W. Stroud
Attorneys for Counterclaimants American Grants & Affordable Housing Institute, LLC, Best News Marketing, LLC, and Coast-To-Coast Marketing, LLC


Dated: January 23, 2008        RUSS, AUGUST & KABAT
Larry C. Russ
Eric B. Carlson
Robert E. Satterthwaite


By: _____/S/\_Robert E. Satterthwaite_____
        Robert E. Satterthwaite
Attorneys for Plaintiffs Proven Methods Seminars, LLC, and Proven Methods Customer Service, LLC, dba National Grants Conferences

**IT IS SO ORDERED.**

Dated:  January 24, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE